IN THE UNITED STATES DISTRICT COURT
For The Eastern District Of California

**FILED**
NOV 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

Ceja, Cesar,

Defendant.

Case No. 17MJ174

WAIVER OF DEFENDANT'S PRESENCE (All Proceedings) and ORDER
(Misdemeanor)

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), the Defendant having been advised of the right to be present at all stages of this criminal case hereby requests that this Court proceed in Defendant's absence on every occasion that the Court may permit, including but not limited to arraignment, status conferences, plea, trial and sentencing. Defendant agrees that Defendant's interests shall be represented at all times by the presence of Defendant's attorney the same as if Defendant were personally present and requests that this Court allow Defendant's attorney to represent Defendant's interests at all times until ordered to appear by the Court. Defendant further agrees that an order to the Defendant's attorney that Defendant's presence is required at a particular hearing will be deemed notice to the defendant of the requirement of the Defendant's appearance at court hearing on the date and time ordered to appear.

As a result, the Defendant acknowledges that it is Defendant's responsibility to know of all future court dates and to stay in close contact with Defendant's counsel prior to and immediately after Defendant's hearing. Defendant also acknowledges that Defendant is required to update the Court and Defendant's counsel of any change of address <u>and</u> Defendant's counsel of any change in contact information. Defendant acknowledges that a failure to abide by any of these requirements may result in this waiver being vacated by the Court.

Defendant acknowledges that a failure to appear at a hearing for which the Defendant was ordered to appear, even if the Defendant's counsel is unable to advise Defendant of the hearing, will result in the issuance of a warrant for the Defendant's arrest and may result in additional criminal charges.

*I agree to the terms set forth above and agree to be in contact with my attorney and know that a failure to appear by me when ordered to do so, even when not present at the hearing for which I am ordered to appear, will result in a warrant for my arrest. I also acknowledge that counsel will act on my behalf including entering a plea (guilty/not guilty/nolo contendere) and be sentenced by the Court, which may include but is not limited to imprisonment and/or fine up to the statutory maximum for the offense(s), in my absence. I acknowledge that I can personally appear at any hearing associated with my case if I so choose.*

DATED: 11/16/17                    Cesar Ceja
                                   DEFENDANT

*I acknowledge the foregoing.*

DATED: 11/16/17                    _____
                                   DEFENDANT'S COUNSEL

## ORDER

IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 43(b)(2), Defendant's appearance is excused at any and all criminal proceedings associated with this case until ordered to appear.

DATED: 11/16/17                    _____
                                   UNITED STATES MAGISTRATE JUDGE

ED Cal (Fresno Division)- Mis 1 (Rev. 6/14)