| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | CESAR CEJA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-mj-00174 SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE CHANGE** |
| | ) **OF PLEA; ORDER** |
| vs. | ) |
| CESAR CEJA, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Cesar Ceja, that a change of plea be continued to June 7, 2018, at 10:00 a.m.

Mr. Ceja is actively working to resolve a state court matter. This matter will not be resolved by April 20, 2018. Mr. Ceja requests additional time to resolve his state court matter. Mr. Ceja does not have any failures to appear in this matter. There is no reason to believe that Mr. Ceja would not appear if this matter was continued to June 7, 2018.

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 13, 2018       */s/ Darin Rock*
                           DARIN ROCK
                           Special Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: April 13, 2018       */s/ Andrew Wong*
                           ANDREW WONG
                           Assistant Federal Defender
                           Attorney for Defendant
                           CESAR CEJA

# **O R D E R**

**IT IS SO ORDERED.** A change of plea is hereby continued to June 7, 2018 at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **April 16, 2018**

_____
UNITED STATES MAGISTRATE JUDGE