HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-mj-00174 SAB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER** |
| CESAR CEJA, | ) |
| | ) Date: June 7, 2018 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Cesar Ceja, that a change of plea be continued to July 12, 2018, at 10:00 a.m.

Mr. Ceja is scheduled to resolve a state court matter on in late June. This matter will not be resolved by June 7, 2018. Mr. Ceja requests additional time to resolve his state court matter. Mr. Ceja does not have any failures to appear in this matter. There is no reason to believe that Mr. Ceja would not appear if this matter was continued to July 12, 2018.

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 1, 2018                  */s/ Michael Tierney*
                                    MICHAEL TIERNEY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: June 1, 2018                  */s/ Andrew Wong*
                                    ANDREW WONG
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CESAR CEJA


**O R D E R**

**IT IS SO ORDERED.**  A change of plea is hereby continued to July 12, 2018 at 10:00 a.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **June 1, 2018**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE