| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00174 SAB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER** |
| CESAR CEJA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Cesar Ceja, that a change of plea be continued to September 20, 2018, at 10:00 a.m.

Mr. Ceja is currently out of state on a work assignment and will not be attend his presently set, July 12, 2018 court date. Additionally, Mr. Ceja is working to resolve a state court matter. At present, he has future court dates on that matter through the month of August.

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 3, 2018          */s/ Michael Tierney*
                            MICHAEL TIERNEY
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: July 3, 2018          */s/ Andrew Wong*
                            ANDREW WONG
                            Assistant Federal Defender
                            Attorney for Defendant
                            CESAR CEJA


**O R D E R**

**IT IS SO ORDERED.** A change of plea is hereby continued to September 20, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **July 5, 2018**

UNITED STATES MAGISTRATE JUDGE