HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
HOPE ALLEY, CA Bar No. 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00174 SAB |
| *Plaintiff,* | |
| vs. | **STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER** |
| CESAR CEJA, | Date: October 25, 2018 |
| *Defendant.* | Time: 10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

    **IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and

Assistant Federal Defender Hope Alley, counsel for defendant Cesar Ceja, that the change of

plea hearing be continued to October 25, 2018, at 10:00 a.m.

    Mr. Ceja is currently out of state on a work assignment. Mr. Ceja had made

arrangements to be back in California for his hearing originally scheduled for September 20,

2018. Unfortunately, Mr. Ceja misplaced his wallet, which contained his California Driver's

license and identification card. Without proper identification, Mr. Ceja cannot fly back to

California. Mr. Ceja is working to resolve this matter and obtain proper identification, but is

concerned that he will not be back in California by September 27.

/ / /

/ / /

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: September 20, 2018          */s/ Gary Leuis*
                                  GARY LEUIS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: September 20, 2018          */s/ Hope Alley*
                                  HOPE ALLEY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CESAR CEJA




**O R D E R**

**IT IS SO ORDERED.**  The change of plea hearing is hereby continued to October 25, 2018 at 10:00 a.m.


IT IS SO ORDERED.

Dated:  __**September 20, 2018**__          _____
                                            UNITED STATES MAGISTRATE JUDGE