HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CESAR CEJA,<br><br>　　　　　Defendant. | Case No. 1:17-mj-00174-SAB<br><br>**REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER**<br><br>Hon. Stanley A Boone.<br>Date: October 25, 2018<br>Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Cesar Ceja, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the change of plea hearing on October 25 and that he be allowed to appear by video from the United States District Courthouse in Miami, Florida. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Ceja to appear by video for the upcoming change of plea hearing.

Mr. Ceja is currently working in Miami, Florida. As the Court is already aware, Mr. Ceja lost his travel documents. Unfortunately, he is still waiting on a replacement ID to travel back to California. Due to his inability to travel, Mr. Ceja respectfully requests that the Court grant a waiver of his right to be personally present and permit him to appear via video from the United States District Courthouse in Miami, Florida, for purposes of the October 25 Change of Plea and Sentencing Hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 22, 2018  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CESAR CEJA

**O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the change of plea hearing in Case No. 1:17-mj-00174-SAB, is hereby granted PROVIDED Mr. Ceja make suitable and timely arrangements to appear by video from the United States District Courthouse in Miami, Florida. Defendant is ordered to appear by video on October 25, 2018, at 10:00 am PST, absent further order of this Court.

IT IS SO ORDERED.

Dated: __**October 22, 2018**__

UNITED STATES MAGISTRATE JUDGE