HEATHER E. WILLIAMS, CA #122664
Federal Defender
ERIN M. SNIDER, CA #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR CEJA,<br><br>Defendant. | Case No. 1:17-mj-00174-SAB<br><br>STIPULATION TO CONTINUE PROBATION REVIEW HEARING; ORDER<br><br>Date: October 1, 2020<br>Time: 10:00 a.m.<br>Judge: Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Erin M. Snider, counsel for defendant Cesar Ceja, that the Court may continue the review hearing currently scheduled for October 3, 2019, to October 1, 2020.

On October 25, 2018, this Court sentenced Cesar Ceja to twenty-four months of probation, with the conditions that he obey all laws; notify the Court and counsel of any change in address; pay a total financial obligation of $2,010; attend and complete a multi-offender DUI program; appear for a probation review hearing on October 3, 2019; notify the Court of any change in his economic circumstances; and attend AA meetings weekly.

On April 5, 2019, Mr. Ceja was sentenced in Kings County Superior Court case number 17CMS-4610. The Superior Court sentenced Mr. Ceja to two years of imprisonment and Mr. Ceja is currently in custody at Wasco State Prison. According to the California Department of

Corrections and Rehabilitation's inmate locator, Mr. Ceja will be eligible for parole in April 2020. The criminal conduct for which Mr. Ceja was sentenced on April 5, 2019, predates his term of probation in the instant case.

Pursuant to 18 U.S.C. § 3564(b), "A term of probation does not run while the defendant is imprisoned in connection with a conviction for a Federal, State, or local crime unless the imprisonment is for a period of less than thirty consecutive days." 18 U.S.C. § 3564(b). Accordingly, Mr. Ceja's term of probation has not been running since his remand in the Kings County case on April 5, 2019, and it will not resume running until his release from imprisonment, which is anticipated to be sometime in April 2020.

In light of the foregoing, the parties respectfully request that the Court continue the October 3, 2019 review hearing to October 1, 2020.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: May 7, 2019      /s/ Michael Tierney
                       MICHAEL TIERNEY
                       Assistant United States Attorney
                       Attorney for Plaintiff


                       HEATHER E. WILLIAMS
                       Federal Defender

Date: May 7, 2019      /s/ Erin M. Snider
                       ERIN M. SNIDER
                       Assistant Federal Defender
                       Attorney for Defendant
                       CESAR CEJA

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the review hearing currently scheduled for October 3, 2019, be continued to June 4, 2020, at 10:00 a.m. The defendant is ordered to appear at the review hearing. The defense is to file a status report fourteen days prior to the review hearing.

IT IS SO ORDERED.

Dated: __**May 8, 2019**__

UNITED STATES MAGISTRATE JUDGE