HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00174-SAB |
|---|---|
| Plaintiff, | JOINT MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND; ORDER |
| vs. | |
| CESAR CEJA, | |
| Defendant. | |

The parties, through their respective counsel, Philip Tankovich, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Defendant Cesar Ceja's probation. Presently, Mr. Ceja's term of probation is set to expire on October 26, 2020.

On October 25, 2018, the Court sentenced Mr. Cesar to serve 24 months of unsupervised probation, pay a $2,000.00 fine, pay a $10.00 special assessment, complete a Multi-Offender DUI program, and regularly attend AA meetings. The parties now request that Mr. Cesar's unsupervised probation be extended to allow him additional time to complete the terms of his probation.

Upon information and belief, defense counsel represents:

1. For much of the past year, Mr. Ceja was incarcerated for an offense that predates his term of probation.

2. Although Mr. Ceja was able to secure employment when he was released from prison, his income was significantly reduced due to the ongoing Coronavirus pandemic.

3. As such, Mr. Ceja is currently struggling to afford rent and other essentials.

Accordingly, the parties ask that Mr. Ceja's term of probation be extended and set to expire on October 21, 2021.  Further, the parties ask the Court to set a review hearing for October 7, 2021.

Respectfully submitted,
HEATHER E. WILLIAMS

Federal Defender

Date: June 1, 2020
/s/ *Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
CESAR CEJA


MCGREGOR W. SCOTT
United States Attorney

Date: June 1, 2020
*/s/ Philip Tankovich*
PHILIP TANKOVICH
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court hereby accepts the above stipulation and adopts its terms as the order of this Court. Mr. Ceja's probation is thereby extended and set to expire on October 21, 2021.  A review hearing is set for November 19, 2020 at 10:00 am.  The defendant is ordered to file a status report 14 days prior to the review hearing.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**June 2, 2020**__

UNITED STATES MAGISTRATE JUDGE

2