HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR CEJA,<br><br>Defendant. | Case No. 1:17-mj-00174-SAB<br><br>STIPULATION TO VACATE PROBATION REVIEW HEARING; AND ORDER<br><br>DATE: June 4, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Cesar Ceja, that the probation review hearing scheduled for June 4, 2020, may be vacated.

On June 2, 2020, at the parties' request, this Court modified Mr. Ceja's terms of probation in order to provide Mr. Ceja additional time to complete the terms of his probation. ECF No. 31. The Court also set a new probation review hearing for November 19, 2020. *Id*. In light of the Court's order, the parties believe that the June 4, 2020, probation review hearing is no longer necessary. Accordingly, the parties jointly request that the June 4, 2020, probation review hearing be vacated.

/ / /

/ / /

|  |  |  |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS |
| 3 |  | Federal Defender |
| 4 | Date: June 4, 2020 | */s/ Matthew Lemke* |
|  |  | MATTHEW LEMKE |
| 5 |  | Assistant Federal Defender |
|  |  | Attorney for Defendant |
| 6 |  | CESAR CEJA |
| 7 |  |  |
|  |  | MCGREGOR W. SCOTT |
| 8 |  | United States Attorney |
| 9 | Date: June 4, 2020 | */s/ Philip Tankovich* |
|  |  | PHILIP TANKOVICH |
| 10 |  | Special Assistant United States Attorney |
|  |  | Attorney for Plaintiff |

**ORDER**

Based on a showing of good cause, the Court hereby orders that the probation review hearing currently scheduled for June 4, 2020 is continued to November 19, 2020 at 10:00 am. The defendant is again ordered to appear and file a status report consistent with the order on the modification entered on June 2, 2020.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE