HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case 1:17-mj-00174-SAB |
| Plaintiff, | **CONSENT TO APPEAR BY TELEPHONE** |
| vs. | |
| CESAR CEJA, | |
| Defendant. | |

I, Cesar Ceja, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my initial appearance in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the initial appearance currently set for January 21, 2021.

Dated: January 20, 2021        */s/ Matthew Lemke*
                               MATTHEW LEMKE
                               Assistant Federal Defender
                               Attorney for Defendant
                               CESAR CEJA

Dated: January 20, 2021        */s/ Cesar Ceja*
                               CESAR CEJA
                               Defendant

**ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Cesar Ceja is permitted to appear by telephone for initial appearance scheduled to take place on January 21, 2021.

IT IS SO ORDERED.

Dated: __January 20, 2021__

UNITED STATES MAGISTRATE JUDGE