1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defenders
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorneys for Defendant
6  CESAR CEJAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00174-SAB |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS HEARING AND SET CHANGE OF PLEA; AND ORDER |
| vs. | |
| CESAR CEJAR, | DATE:  April 15, 2021 |
| Defendant. | TIME:  10:00 a.m. |
|  | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Cesar Cejar, that the status hearing currently set for March 18, 2021, be vacated and that a change of plea hearing be set for April 15, 2021, at 10:00 a.m.

The parties anticipate that Mr. Ceja's matter will be resolved by admission.  The parties request additional time for Mr. Ceja to recover from illness and for counsel to complete preparation for a change of plea and sentencing.  Accordingly, the parties jointly request that the March 18 status hearing be vacated and that the matter be set for a change of plea hearing on April 15, 2021, at 10:00 a.m.

\ \ \

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 10, 2021

*/s/ Philip Tankovich*
PHILIP TANKOVICH
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 10, 2021

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
CESAR CEJAR

**ORDER**

**IT IS HEREBY ORDERED** that the status hearing scheduled for March 18, 2021, is vacated and a change of plea hearing is set for April 15, 2021, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**March 10, 2021**__    _____
                                 UNITED STATES MAGISTRATE JUDGE